## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 08-60128-CIV-HUCK/O'SULLIVAN

NADJA LONGS, on behalf of herself
and all others similarly situated,

      Plaintiff,

v.

NOSNAWS CORP. d/b/a INTERNATIONAL
HOUSE OF PANCAKES, a Florida corporation,
and WALTER T. SWANSON, individually,

      Defendants.

_____/



### FINAL ORDER OF DISMISSAL

      THIS MATTER is before the Court upon the parties' Stipulation for Voluntary Dismissal With Prejudice, filed on July 28, 2008. Having considered the Stipulation and being otherwise duly advised in the premises, it is hereby

      ORDERED that this action is DISMISSED WITH PREJUDICE. All pending motions are DENIED as moot and the case is CLOSED.

      DONE AND ORDERED in Chambers, Miami, Florida, this 29th day of July, 2008.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record